IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO.: 3:16-CV-309

| | |
|---|---|
| **DANNIE MONTGOMERY,**  *Plaintiff,*  v.  **THE ANSON COUNTY BOARD OF EDUCATION,**  *Defendant.* | **ORDER** |

This matter comes before the Court upon Plaintiff's Counsel's Motion for Leave to Withdraw and to Stay Proceedings. Upon consideration, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's Counsel's Motion is **GRANTED**. Attorney Craig Hensel is hereby terminated from this case.

**IT IS FURTHER ORDERED** that all proceedings in this case are stayed until **July 28, 2017**, in order to allow Plaintiff the opportunity to retain new counsel. The close of discovery and deadline for mediation are extended to **October 31, 2017**. The motions deadline remains set for **January 31, 2018.** The trial remains set for **May 14, 2018**.

Plaintiff is cautioned that by **July 28, 2017,** she must be prepared to proceed, either with new counsel or pro se, on the schedule set out here.

SO ORDERED.

Graham C. Mullen
United States District Judge