IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16CV309-GCM

| | |
|---|---|
| DANNIE MONTGOMERY, ) | |
| Plaintiff, ) | |
| vs. ) | ORDER |
| THE ANSON COUNTY BOARD OF EDUCATION, ) | |
| Defendant. ) | |

This matter is before the Court upon Defendant's Motion for an Order Directing Payment of Attorneys' Fees and Costs. By Order dated January 11, 2018, the Court awarded the Defendant $7,132.50 in attorneys' fees and $778.14 in costs incurred in pursuing its Motion to Compel. However, the Order did not include a deadline for making such payment and Defendant is requesting that the Court provide such a deadline.

IT IS THEREFORE ORDERED that Defendant's Motion is GRANTED and Plaintiff is hereby directed to make payment of the fees and expenses awarded to the Defendant by February 12, 2018.

Signed: January 29, 2018

Graham C. Mullen
United States District Judge

1