IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16CV309-GCM

| | |
|---|---|
| DANNIE MONTGOMERY, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) ORDER<br>) |
| THE ANSON COUNTY BOARD OF EDUCATION, | )<br>)<br>) |
| Defendant. | )<br>) |

This matter is before the Court upon Defendant's Motion for Attorney's Fees, filed March 29, 2018. The Plaintiff is hereby directed to file a Declaration under penalty of perjury within three weeks stating her financial condition, including assets, liabilities, income and expenses.

IT IS SO ORDERED.

Signed: May 21, 2018

Graham C. Mullen
United States District Judge